UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA.,                  :
                                            :   Case No.: 4:13-CR-00227-ALM-CAN
           Plaintiffs,                      :
     v.                                     :
                                            :   APPEARANCE OF COUNSEL
MICHAEL THOMAS,                             :
                                            :
           Defendants.                      :   Honorable Judge Amos L. Mazzant
                                            :
                                            :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

TO: The Clerk of the Court and all parties of records

    I am admitted to practice in this Court and I appear in this case as counsel for the Defendant Michael Thomas.

Dated:  Brooklyn, New York
January 25, 2015

                                                Respectfully submitted,

                                               /s/ Aaron Williamson
                                               Aaron Williamson
                                               New York State Bar #: 4580999
                                               **TOR EKELAND, P.C.**
                                               195 Plymouth Street, Fifth Floor
                                               Brooklyn, NY 11201
                                               P: (718) 737-7264 x702
                                               F: (718) 504-5417
                                               aaron@torekeland.com

## **CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE This is to certify that a true and correct copy of the above and foregoing pleading was electronically served on all counsel of record by way of the Court's CM/ECF system on the 25th day of January, 2016.

/s/ Aaron Williamson
Aaron Williamson
**TOR EKELAND, P.C.**