UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :
                                            :    Case No.: 4:13-CR-00227-ALM-CAN
                v.                          :
                                            :
MICHAEL THOMAS,                             :    **UNOPPOSED MOTION TO**
                                            :    **SUBSTITUTE COUNSEL**
                Defendants.                 :
                                            :    Honorable Judge Amos L. Mazzant
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Defendant Michael Thomas, though undersigned counsel, brings this Unopposed Motion

to Substitute Counsel, requesting that the Court grant permission for the Federal Defender's

Office to withdraw and to substitute Aaron Williamson as attorney of record for Defendant in

this case, and in support of his motion states as follows:

1.  The Federal Defender's Office was previously appointed to represent Defendant in this

    case. The docket identifies Denise S. Benson as Defendant's appointed counsel.

    However, the Federal Defender's Office has notified Defendant that Robert Arrambide is

    currently assigned to his case.

2.  Defendant no longer desires to be represented by the Federal Defender's Office.

3.  Defendant has engaged Aaron Williamson to represent him in this case. Defendant

    approves of this substitution. This motion is not brought for delay, but to allow Defendant

    to be represented by counsel of his choice.

Defendant respectfully requests that the Court enter an order allowing the Federal

Defender's Office to withdraw from representing Defendant and to substitute Aaron Williamson

as attorney of record in this case.

Respectfully submitted,

Dated:  January 26, 2015

/s/ Aaron Williamson
Aaron Williamson
New York State Bar #: 4580999
**TOR EKELAND, P.C.**
195 Plymouth Street, Fifth Floor
Brooklyn, NY 11201
P: (718) 737-7264 x702
F: (718) 504-5417
aaron@torekeland.com

AGREED:

/s/ Michael Thomas
Michael Thomas

## CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE This is to certify that a true and correct copy of the above and foregoing pleading was electronically served on all counsel of record by way of the Court's CM/ECF system on the 26th day of January, 2016.

/s/ Aaron Williamson
Aaron Williamson
**TOR EKELAND, P.C.**

## CERTIFICATE OF CONFERENCE

I, Aaron Williamson, certify that as of the 26th day of January, 2016, the Federal Defender's Office has been notified, and I have conferred with the Assistant U.S. Attorney, Camelia Elisa Lopez about the filing of this motion, and she is unopposed.

/s/ Aaron Williamson
Aaron Williamson
**TOR EKELAND, P.C.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                              :

                                                   : Case No.: 4:13-CR-00227-ALM-CAN

                v.                                   :

                                                   :

MICHAEL THOMAS,                                        : **ORDER GRANTING**

                                                 : **SUBSTITUTION OF COUNSEL**

                   Defendants.                        :

                                                 : Honorable Judge Amos L. Mazzant

                                                 :

                                                 :

                                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     The Court, after reviewing the motion by Michael Thomas for substitution of counsel grant the

following substitution of counsel for Michael Thomas:

FORMER COUNSEL:

Denise S. Benson
Robert Arrambide
Federal Defender's Office
1800 Teague, Suite 204
Sherman, TX 75090 903/8924448
Fax: 903-892-4808
denise_benson@fd.org
robert_arrambide@fd.org

NEW COUNSEL:

Aaron Williamson
Tor Ekeland, P.C.
195 Plymouth Street, Fifth Floor
Brooklyn, NY 11201
P: (718) 737-7264 x702
F: (718) 504-5417
aaron@torekeland.com