**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,       :
                                                       : Case No.: 4:13-CR-00227-ALM-CAN
              Plaintiff,            :
       v.                            :
                                                       : Hon. Amos L. Mazzant
MICHAEL THOMAS,                :
              Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**Order to Temporarily Abate Defendant's Motion to Vacate the Order Restraining Assets**

      Having considered Defendant Michael Thomas's Joint Motion with the United States Attorneys Office to temporarily abate, pending his arraignment, Defendant's Motion to Vacate the September 19, 2013 order restraining Defendant's assets (the "Seizure Order"), it is hereby:

      ORDERED that further briefing and decision on the Motion to Vacate will be stayed until Mr. Thomas has appeared in the Eastern District of Texas. Following arraignment, the parties will jointly move to lift the stay concerning the motion to vacate, and will propose appropriate briefing deadlines at that time;

      ORDERED that the funds already restrained under the Seizure Order that are currently on deposit with the Clerk of the Court shall remain so pending resolution of the Motion to Vacate;

      ORDERED that Mr. Thomas shall be allowed to transfer funds currently in his control to this law firm to pay his attorney fees and expenses, and so that he may travel to the Eastern District of Texas to appear in this matter. Those funds shall be exempt from the Seizure Order.

**SIGNED this 18th day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE