## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | 4:13CR-00227 | |
| § | | |
| **MICHAEL THOMAS,** § | | |
| **Defendant.** § | | |

### ORDER

The Court GRANTS the parties' Joint Motion for Entry of Briefing Schedule regarding Defendant's Motion to Vacate Restraining Order.  The deadline for the government to respond to Defendant's Motion shall be May 4, 2016.  The parties may file their replies and/or sur-replies consistent with the deadlines established in the Local Rules.

**SIGNED this 20th day of April, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE