DATE 4/20/2016  CASE NUMBER 4:13CR227 - ALM/CAN
LOCATION Sherman  USA _Camilla Rogers_ Assigned
JUDGE Christine A. Nowak  vs _Camilla Rogers_ Appeared
DEPUTY CLERK Keary Conrad
COURT REPORTER: Digital Recording  MICHAEL THOMAS
INTERPRETER: ____  Defendant
USPO: ____  AARON WILLIAMSON, RET
BEGIN 10:41am/10:50am  Attorney

- [x] **INITIAL APPEARANCE**    [x] **ARRAIGNMENT**    [ ] **DETENTION HEARING**

- [x] Hearing Held    [x] Hearing Called    [ ] Defendant Sworn    [ ] Interpreter Required
- [x] Dft appears: [x] with  [ ] without counsel   [ ] pro se   [ ] Counsel appears on behalf of defendant
  Appears on: [ ] Complaint  [x] Indictment
- [x] Date of arrest: _Self Surrender_ (Other district court & case #) ____
- [x] Dft  [x] advised of charges   [x] advised of maximum penalties   [x] Advised of right to remain silent;
  [x] advised of right to counsel   [x] received copy of indictment
  [ ] received copy of complaint
- [x] Dft first appearance with counsel [ ] CJA appointed [x] Retained [ ] Federal Public Defender appointed
  AARON WILLIAMSON, RET

- [ ] Defendant advises the Court that he/she [ ] has counsel who is _____ or, [ ] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
- [ ] Defendant requests appointed counsel, is sworn & examined re: financial status.
- [ ] Financial affidavit executed by dft. The court finds the defendant [ ] able [ ] unable to employ counsel.
- [ ] ____ appointed  US Public Defender appointed ____
- [x] Govt motion for detention  [x] Govt oral motion for continuance   [ ] Oral Order granting [ ] Oral Order denying
- [ ] Defendant oral motion to continue preliminary and detention hearing   [ ] Oral Order granting [ ] Oral Order denying
- [x] ~~Preliminary and~~ Detention Hrg set _Friday 4/22/16 @ 9:30am_ [x] Temp Detention Order Pending Hearing
- [ ] Order setting conditions of release   [ ] PR Bond executed _before Judge Nowak_
- [ ] Dft signed Waiver of Detention Hearing.
- [x] Defendant remanded to the custody of the United States Marshal.
- [ ] Dft motion ____
- [ ] Gvt motion ____
- [ ] Defendant failed to appear  [ ] oral order for arrest warrant;   [ ] bond forfeited
- [ ] Court adjourned.

## ARRAIGNMENT

- [ ] Interpreter sworn    [ ] Initial Appearance held ____
- [x] Arraignment held   [x] Arraignment called   [ ] Arraignment reset: ____
- [x] Dft  [x] sworn
- [x] Dft  [ ] Prob violator [ ] Super Rel violator appears: [x] with [ ] w/o cnsl [ ] pro se [ ] Cnsl appears on behalf of deft

| | |
|---|---|
| ☐ | Completed Financial Affidavit _____ appointed. |
| ☐ | Arraignment RESET to:_____ |

☑ Dft  ☑ sworn
   ☑ received copy of charges   ☑ discussed charges with counsel   ☐ charges read
   ☑ waived reading of charges

------------------------

Dft enters a plea of: ☑ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
to counts: ☑ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ _____
☐ all counts; ☑ indictment includes forfeiture

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on **Judge Amos Mazzant, June 3, 2016 at 9:00am in Sherman, Texas**

## DETENTION HEARING

☑ Dft  ☐ Prob violator  ☐ Super Rel violator  appears ☑ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
☐ Government announced ready.   ☐ Govt ORAL Motion to withdraw Motion for Detention   ☐ Granted  ☐ Denied
☐ Dft ORAL Motion to continue Detention Hearing   ☐ Granted  ☐ Denied
☑ Government moves to DETAIN- requests continuance
☐ Defendant requests continuance of detention hearing
☑ RESET Detention Hrg to: 4/22/16 @ 9:30am before Judge Nowak
☐ Defendants announced ready.   ☐ Detention Hearing waived and remanded to USMO
☐ Presumption Case   ☐ Conditions of Release entered and Dft released from custody
☐ Government witnesses:   ☐ Defendant witnesses:
☐ PROCEEDINGS:

Court determines to ☐ DETAIN   ☐ RELEASE. ☐ Order setting conditions of release entered and Dft released   ☐ Bond executed
☐ Order of Detention   ☑ Defendant remanded to custody of U.S. Marshal.