| | |
|---|---|
| DATE    4/22/2016 | CASE NUMBER    4:13CR227(1) ALM/CAN |
| LOCATION   Sherman | USA    Camelia Lopez, AUSA    Assigned |
| JUDGE    Christine A. Nowak | vs    Camelia Lopez, AUSA    Appeared |
| DEPUTY CLERK  Keary Conrad | |
| COURT REPORTER: Digital Recording | MICHAEL THOMAS |
| INTERPRETER: | Defendant |
| BEGIN:  10:04am/ 11:06am | |
| 11:31am / 12:03pm | AARON WILLIAMSON, RET |
| | Attorney |

## DETENTION HEARING

✓ Case called    ☑ Defendant sworn    ☐ Interpreter Sworn
✓ Government announced ready
✓ Defendant appears ✓ with counsel  AARON WILLIAMSON, RET    ✓ Defendant announced ready
☐ Government ORAL Motion to Withdraw Motion for Detention    ☐ Granted    ☐ Denied
☐ Defendant ORAL Motion to Continue Detention Hearing    ☐ Granted    ☐ Denied
☐ RESET Detention hearing to: _____
☐ Detention hearing waived and Defendant remanded to custody of United States Marshal
☐ Presumption Case    ☐ Conditions of Release entered and Defendant released from custody
☐

✓ Government witnesses:
KATHERINE SHERMAN, FBI

✓ Defendant witnesses:
Defendant Exhibit 2A - Letter from Dr. Prado - Admitted
Defendant Exhibit 2C - Letter from Thomas - Admitted
Defendant Exhibit 8 - Declaration of Ms. Thieme - Admitted

✓ 11:34am - Defense calls Suzana Miller Thieme

PROCEEDINGS:

✓ Government made oral motion for District Judge to reconsider the ruling of this Court on the issue of detention;

standard - take his medication as prescribed;

Court determines to:  ☐ DETAIN _____    ✓ RELEASE _____

☐ Conditions of Release entered and Defendant released from custody

✓ Defendant remanded to custody of United States Marshal pending the District Court's decision on appeal; if decision is affirmed, Defendant will also have to wait for electronic monitoring device to be set up before release

☐ Order of Detention