# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

UNITED STATES OF AMERICA      CRIMINAL NUMBER: 4:13cr227(1)

VS.

MICHAEL JOHNATHAN THOMAS

## SURRENDER OF PASSPORT

Passport surrendered as to MICHAEL JOHNATHAN THOMAS, UNITED STATES OF AMERICA - P720420464, in the Eastern District of Texas, Sherman Division.   Received in Sherman, Texas on April 22, 2016.

_April 22, 2016_
Dated Received

_Beca Ferrill_
Deputy Clerk