# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 4/28/16

| U. S. DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant** | **COURTROOM DEPUTY:** Debbie McCord |
| USA<br>VS<br>MICHAEL THOMAS | CASE NO. 4:13CR227 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Camelia Lopez | Aaron Wiliamson |

| | **Detention Hearing** |
|---|---|
| 3:01 pm | Court called case, noting appearances. |
| | Government witness: Kathryn Sherman, sworn in. Direct by Ms. Lopez. |
| | Exhibits 1 and 2 are offered and admitted. |
| | Exhibit 3 is offered and admitted. Exhibit 4 is offered and admitted. |
| 3:34 pm | Cross examination by Mr. Williamson. |
| | Defendant Exhibit 1 admitted. Defendant Exhibit 2 admitted. |
| 3:54 pm | Redirect. |
| 3:57 pm | Recross. |
| 4:03 pm | Witness steps down. Government rests. |
| 4:05 pm | Defendant witness: Suzana Thieme, sworn in. Direct by Mr. Williamson. |
| 4:12 pm | Cross examination. |
| 4:20 pm | Court asks questions of witness. |
| | Witness steps down. |
| 4:21 pm | Government argument. |
| 4:25 pm | Defense argument. |

|  | **Detention Hearing** |
|---|---|
| 4:30 pm | Court addressed Defendant, finding that he should be detained pending trial. |
| 4:35 pm | Mr. Williamson argued with the Court regarding whether conditions of release could be set. |
| 4:38 pm | Court disagrees, finds that Defendant is a flight risk. |
| 4:40 pm | Court reminds Defendant that the case is set for pretrial conference and trial on June 3 and the can proceed to trial on that date. |
| 4:41 pm | Defendant remanded to USM. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |