UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL THOMAS,

    Defendant.

Case No.: 4:13-CR-00227-ALM-CAN

Hon. Amos L. Mazzant

---

## Order Granting Defendant's Motions in Limine

Having considered Defendant Michael Thomas's Motions in Limine, it is hereby:

ORDERED that the Government is precluded from introducing or eliciting at trial any statement made by any individual interviewed in this case by Government investigators, unless that person is called to testify at trial and subject to cross examination.

ORDERED that the Government may not introduce at trial any statement made by Suzana Miller Thieme during the detention hearings in this case.

ORDERED that the Government may not introduce statements made by Mr. Thomas during plea negotiations, including any oral agreement to enter into a plea agreement.