IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:13cr227 |
| | § | Judge Mazzant |
| MICHAEL THOMAS | § | |

# **ORDER**

ON THIS DAY came on for consideration the government's Motion in Limine in the above entitled case and the court having considered the same is of the opinion that the motion should be:

GRANTED/DENIED