**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

------------------------------------X
UNITED STATES OF AMERICA,                :
                                         : Case No.: 4:13-CR-00227-ALM-CAN
    Plaintiff,                           :
                                         :
    v.                                   : Hon. Amos L. Mazzant
                                         :
MICHAEL THOMAS,                          :
                                         :
    Defendant.                           :
                                         :
------------------------------------X

**DEFENDANT'S EXHIBIT LIST**

| Ex. # | Sponsor | Description/Subject |
|---|---|---|
| 1 | Chuck Easttom | Employment Agreement |
| 3 | Chuck Easttom | Professional Services Agreement and Statement of Work |
| 40 | Chuck Easttom | DOJ NIJ Report - Forensic Examination of Digital Evidence |
| 42 | Chuck Easttom | Email from Michael Thomas to Jeff Gonzalez |
| 44 | Chuck Easttom | Email from David Cowen to Marko Rangel |
| 45 | Chuck Easttom | Email from Shannon Davidson to David Cowen |
| 46 | Chuck Easttom | G-C Partners README file |
| 47 | Chuck Easttom | G-C Portal \| Matter View -- "Munck Carter - Clickmotive" |
| 48 | Chuck Easttom | Email from Marko Rangel to David Cowen |
| 49 | Chuck Easttom | Email from Marko Rangel to David Cowen |
| 50 | Chuck Easttom | Email from Marko Rangel to David Cowen |
| 51 | Chuck Easttom | Email from Marko Rangel to David Cowen |
| 52 | Chuck Easttom | Email from Jeff Gonzalez to Rudi Peck, David Cowen, Marko Rangel |
| 53 | Chuck Easttom | Email from Rudi Peck to David Cowen |
| 54 | Chuck Easttom | Email from Rudi Peck to David Cowen |
| 55 | Chuck Easttom | Email from David Cowen to Marko Rangel, Jeff Gonzalez, Shannon Davidson |

| | | |
|---|---|---|
| 56 | Chuck Easttom | Email from Rudi Peck to David Cowen |
| 57 | Chuck Easttom | Email from Marko Rangel to David Cowen, Jeff Gonzalez, Shannon Davidson |
| 58 | Chuck Easttom | Email from Marko Rangel to David Cowen |
| 59 | Chuck Easttom | G-C Partners notes |
| 60 | Chuck Easttom | Email from Ray Myers to Marya Wilkerson |
| 62 | Chuck Easttom | Email from Jeff Gonzalez to Kathryn Sherman |
| 65 | Chuck Easttom | Consent to Search Computer(s) |
| 66 | Chuck Easttom | G-C Partners chain-of-custody form |
| 67 | Chuck Easttom | G-C Partners chain-of-custody form |
| 68 | Chuck Easttom | G-C Partners chain-of-custody form |
| 69 | Chuck Easttom | G-C Partners chain-of-custody form |
| 70 | Chuck Easttom | G-C Partners chain-of-custody form |
| 71 | Chuck Easttom | G-C Partners chain-of-custody form |
| 72 | Chuck Easttom | G-C Partners chain-of-custody form |
| 73 | Chuck Easttom | North Texas Regional Computer Forensics Laboratory - Report of Examination |
| 74 | Chuck Easttom | CART Tech Evidence Duplication Report |
| 75 | Chuck Easttom | Andre Riley LinkedIN profile |
| 76 | Chuck Easttom | Jeff Gonzalez LinkedIN profile |
| 77 | Chuck Easttom | Marko Rangel LinkedIN profile |
| 78 | Chuck Easttom | Molly D'Arcy LinkedIN profile |
| 79 | Chuck Easttom | Ray Myers LinkedIN profile |
| 80 | Chuck Easttom | Ryan Ratkowski LinkedIN profile |
| 81 | Chuck Easttom | Shannon Davidson LinkedIN profile |
| 82 | Chuck Easttom | Stuart Lloyd LinkedIN profile |
| 83 | Chuck Easttom | Rudi Peck (C&G) LinkedIN profile |
| 84 | Chuck Easttom | Email from bkupexec@clickmotive.com to mthomas@clickmotive.com |
| 86 | Chuck Easttom | Email from bkupexec@clickmotive.com to mthomas@clickmotive.com |
| 87 | Chuck Easttom | Email from bkupexec@clickmotive.com to mthomas@clickmotive.com |
| 89 | Chuck Easttom | Email from bkupexec@clickmotive.com to mthomas@clickmotive.com |

| | | |
|---|---|---|
| 90 | Chuck Easttom | Email from bkupexec@clickmotive.com to mthomas@clickmotive.com |
| 91 | Chuck Easttom | Email from DO-NOT-RESPOND@cdw.com to clickmotive-support@cl.cdw.com |
| 92 | Chuck Easttom | Email from DO-NOT-RESPOND@cdw.com to clickmotive-support@cl.cdw.com |
| 95 | Chuck Easttom | Active Directory log event |
| 96 | Chuck Easttom | ClickMotive security video 12/4/2011 |
| 98 | Chuck Easttom | VMWare log file |
| 99 | Chuck Easttom | ScrewTurn Wiki log file |
| 100 | Chuck Easttom | VMWare log screenshot |
| 101 | Chuck Easttom | VMWare log screenshot |
| 102 | Chuck Easttom | VMWare log screenshot |
| 103 | Chuck Easttom | VMWare log screenshot |
| 104 | Chuck Easttom | VMWare log screenshot |
| 105 | Chuck Easttom | VMWare log screenshot |
| 106 | Chuck Easttom | VMWare log screenshot |
| 107 | Chuck Easttom | ScrewTurn Wiki screenshot |
| 109 | Chuck Easttom | Internet Archive: ScrewTurn Wiki homepage |
| 110 | Chuck Easttom | Internet Archive: ScrewTurn Wiki homepage |
| 111 | Chuck Easttom | Internet Archive: Installing ScrewTurn Wiki (File-System) |
| 112 | Chuck Easttom | Internet Archive: Installing ScrewTurn Wiki (File-System) |
| 113 | Chuck Easttom | Internet Archive: Installing ScrewTurn Wiki (SQL Server) |
| 114 | Chuck Easttom | Internet Archive: Installing ScrewTurn Wiki (SQL Server) |
| 115 | Chuck Easttom | Internet Archive: Installing ScrewTurn Wiki - ScrewTurn Wiki |
| 116 | Chuck Easttom | Internet Archive: Installing ScrewTurn Wiki - ScrewTurn Wiki |
| 117 | Chuck Easttom | Internet Archive: ScrewTurn Wiki Permissions System (ACL) - ScrewTurn Wiki |
| 118 | Chuck Easttom | Internet Archive: ScrewTurn Wiki Permissions System (ACL) - ScrewTurn Wiki |
| 119 | Chuck Easttom | Internet Archive: About the Volume Shadow Copy Service |
| 120 | Chuck Easttom | Internet Archive: About the Volume Shadow Copy Service |

| | | |
|---|---|---|
| 121 | Chuck Easttom | Internet Archive: SQL Writer Service |
| 122 | Chuck Easttom | Internet Archive: SQL Writer Service |
| 123 | Chuck Easttom | Symantec: ADAMM (Advanced Device and Media Management) |
| 150 | Chuck Easttom | FBI — Recovering and Examining Computer Forensic Evidence by Noblett et al |
| 151 | Chuck Easttom | IOCE SWGDE — Digital Evidence: Standards and Principles |
| 152 | Chuck Easttom | FBI — Digital Evidence Corporate Policy Directive and Policy Implementation Guide |
| 153 | Chuck Easttom | Jeff Monschke LinkedIn Profile |
| 154 | Chuck Easttom | Jamie Kent LinkedIn Profile |
| 155 | Chuck Easttom | ClickMotive Damage/Loss Spreadsheet |
| 156 | Chuck Easttom | Email from David Cowen to Rudi Peck |
| 155a | Chuck Easttom | Summary of ClickMotive Damages/Loss Spreadsheet |
| 155b | Chuck Easttom | Summary of ClickMotive Damages/Loss Spreadsheet |
| 157 | Chuck Easttom | Email from David Cowen to Marko Rangel |
| 158 | Chuck Easttom | Firewall logs 11/30/11-12/1/11 |
| 159 | Chuck Easttom | Firewall logs 12/1/11-12/2/11 |
| 160 | Chuck Easttom | Firewall logs 12/2/11-12/3/11 |
| 161 | Chuck Easttom | Firewall logs 12/3/11-12/4/11 |
| 162 | Chuck Easttom | Firewall logs 12/4/11-12/5/11 |
| 163 | Chuck Easttom | Firewall logs 12/5/11-12/6/11 |
| 164 | Chuck Easttom | ClickMotive Backup Power Summary |
| 165 | Chuck Easttom | Microsoft Active Directory Demonstrative |
| 166 | Chuck Easttom | Firewall logs summary |
| 167 | Chuck Easttom | ClickMotive Windows Server Backup Summary |

Respectfully submitted,

**TOR EKELAND, P.C.**

By: <u>/s/ Aaron Williamson</u>
Aaron Williamson (NY State Bar # 4580999)
Tor Ekeland, PC
195 Plymouth St., 5th Floor
Brooklyn, NY 11201
Tel. (718) 737-7264
Fax. (718) 504-5417
aaron@torekeland.com

*Attorneys for Defendant Michael Thomas*

## **CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE This is to certify that a true and correct copy of the above and foregoing pleading was electronically served on all counsel of record by way of the Court's CM/ECF system on June 1, 2016.

/s/ Aaron Williamson
Aaron Williamson (NY State Bar # 4580999)
Tor Ekeland, PC
195 Plymouth St., 5th Floor
Brooklyn, NY 11201
Tel. (718) 737-7264
Fax. (718) 504-5417
aaron@torekeland.com