UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number 4:13CR227 |
| | § | |
| MICHAEL THOMAS | § | |

**TRIAL WITNESSES**

1. Stuart Lloyd
2. Ray Myers
3. Jeff Gonzalez
4. Marko Rangel
5. Chris Gillespie
6. Rudi Peck, G-C Partners
7. Kathryn Sherman
8. Dr. Kevin Ates
9. Andrew Cain
10. Jonathan Swartz
11. William Eastton