# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | NO. 4:13-CR-227<br>Judge Mazzant |
| MICHAEL THOMAS | | |

## VERDICT OF THE JURY

We, the Jury find as follows:

### COUNT 1

As to the offense charged in Count One of the Indictment, we, the Jury, find beyond a reasonable doubt, Defendant Michael Thomas:

_Guilty_                    _____
(Guilty)                    (Not Guilty)

**If, and only if,** you have found Defendant guilty of Count One of the Indictment, then you must consider the following special issue:

We, the Jury, find beyond a reasonable doubt that:

_yes_   the offense caused loss to one or more persons during any one-year period, resulting from a related course of conduct affecting one or more other protected computers, aggregating <u>at least $5,000 in value.</u>

_____   the offense caused loss to one or more persons during any one-year period, resulting from a related course of conduct affecting one or more other protected computers, aggregating <u>less than $5,000 in value.</u>

Date: _6-8-16_                    Foreperson _[signature]_