# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:13-CR-00227-ALM-CAN |
| Plaintiff, |  |
| v. | Hon. Amos L. Mazzant |
| MICHAEL THOMAS, |  |
| Defendant. |  |

## ORDER

Concerning the Defendant's Unopposed Motion to Obtain Transcripts Using CJA Funda, it is hereby:

ORDERED that the said Motion is GRANTED and that Defendant Michael Thomas shall be permitted to obtain the remaining trial transcripts in this case, for purposes of his appeal, using Criminal Justice Act (CJA) funds.

**SIGNED this 26th day of September, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE