IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
September 25, 2019
Lyle W. Cayce
Clerk

No. 18-41040
Summary Calendar

D.C. Docket No. 4:13-CR-227-1

UNITED STATES OF AMERICA,

  Plaintiff - Appellee

v.

MICHAEL THOMAS,

  Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Texas

Before WIENER, HAYNES, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as moot.