IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | COURT NO. 4:13CR00227-001 |
| | § | |
| CAPITAL ONE, N.A., | § | |
| Garnishee-Defendant, | § | |
| and | § | |
| MICHAEL J. THOMAS, | § | |
| Judgment-Defendant. | § | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Judgment-Defendant, Michael J. Thomas, social security number \*\*\*-\*\*-5953, whose last known address is in Edmond, Oklahoma, in the above cited action in the amount of $131,491.21.  The social security number and address have been redacted pursuant to FED. R. CRIM. P. 49.1.  According to the records of the United States District Clerk, Eastern District of Texas, the judgment remains unsatisfied to the extent of the present balance in the amount of $114,887.21 as of January 17, 2023.

Demand for payment of the above-stated debt was made upon the Judgment-Defendant not less than 30 days prior to January 17, 2023 and Judgment-Defendant has failed to satisfy the debt.

The Garnishee-Defendant is believed to owe or will owe money or property to the Judgment-Defendant or is in possession of property of the Judgment-Defendant, and said property is a nonexempt interest of the Judgment-Defendant. The name and address of the Garnishee-Defendant or their authorized agent is:

> Capital One, N.A.
> Attention: c/o Corporation Service Co.
> 211 E. 7th St., Suite 620
> Austin, TX 78701

The United States requests that the United States Marshals Service be ordered to personally serve the garnishee-defendant and judgment-defendant.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
Robert Austin Wells
Assistant United States Attorney
State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1437
robert.wells3@usdoj.gov